IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK L. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:20-CV-04246 |
| ) | |
| HY-VEE, INC., an Iowa Corporation; TROY ) | **MOTION FOR LEAVE TO FILE** |
| HOEGNER, an individual; JERAD ) | **OVERLENGTH** |
| WELTER, an individual; and TIM ) | **MEMORANDUM IN SUPPORT** |
| HOUSBY, an individual; ) | **OF MOTION TO DISMISS** |
| | |
| Defendants. | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE
### OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants, by and through their undersigned attorneys, file this Motion for Leave to File Overlength Brief in Support of their Motion to Dismiss and in support thereof state as follows:

1. United States District Court for the Central District of Illinois Local Rule 7.1(B)(4) limits a memorandum in support of a motion to be limited to fifteen-pages in length.

2. Local Rule 7.1(B)(4) further permits exceptions to the rule where the memorandum does not contain more than 7,000 words or 45,000 characters or it uses monospaced type and does not contain more than 650 lines of text.

3. Plaintiff's Complaint alleges eight (8) counts against four defendants, including Hy-Vee, Inc. as the employer and three individually named defendants.

4. Defendants have compiled a combined Motion to Dismiss addressing all eight (8) counts on behalf of all four (4) Defendants named in the suit.

5. In addressing the necessary arguments, Defendants consolidated their arguments to the extent possible but still exceeded the fifteen-page limitation.

6. Therefore, despite Defense counsel's attempt at achieving brevity, it was necessary to exceed to the page limit set forth in the Local Rules in order to address each claim in

Plaintiff's Complaint and provide the necessary propositions of law and supporting authority for the Court.

7. Plaintiff will not be prejudiced by an order from the Court granting Defendants leave to file an overlength memorandum in support of their Motion to Dismiss.

8. Defendants' Memorandum in Support of their Motion to Dismiss has the following page, word, character and line counts:

    a. Pages: 24
    b. Words: 7668
    c. Characters (without spaces): 41,171
    d. Lines: 616

9. Pursuant to Local Rule 7.1(4)(b)(1), a memorandum will be deemed to comply with the type volume limitation if it does not contain more than 45,000 characters. Local Rule 7.1 specifies that headings, footnotes and quotations count towards the page, word, character and line limitations.

10. The rule is silent as to whether or not spaces count towards the character count. As such, Defendants seek leave to file an overlength memorandum in excess of the page limitations of Local Rule 7.1 to the extent the character count is intended to include spaces (as such results in a total character count of 48,766 when spaces are counted).

11. To the extent spaces are <u>not</u> included in the character count, Defendants' Memorandum in Support of their Motion to Dismiss is compliant with the requirements of Local Rule 7.1(4)(b)(1).

WHEREFORE, for the reasons set forth above, Defendants respectfully request the following relief:

(1) that this Court grant their Motion for Leave to File an Overlength Memorandum to the Extent Character Counts under Local Rule 7.1(4)(b)(1) includes spaces;

(2) that their Memorandum in Support of their Motion to Dismiss be accepted by the Court and deemed filed *instanter*; and

(3) for any further relief as this Court deems just and proper.

Dated: June 15, 2021                                Respectfully submitted,

                                                    By: */s/ Allison K. Wright*
                                                         One of Defendants' Attorneys


                                                    Cameron A. Davidson
                                                    HENINGER & HENINGER, P.C.
                                                    101 W. 2ND STREET, STE. 501
                                                    Davenport, Iowa 52801
                                                    Telephone: 563.324.0418
                                                    Email:cdavidson@heningerlaw.com

                                                    -and-

                                                    Allison K. Wright
                                                    PAPPAS WRIGHT, P.C.
                                                    1617 Second Avenue, Suite 300
                                                    Rock Island, Illinois 61201
                                                    Telephone: 309.788.7110
                                                    Email: awright@pappaswright.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 15, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

 Cynthia N. Pietrucha
 Pietrucha Law Firm, LLC
 1717 N. Naper Blvd., Suite 200
 Naperville, IL  60563
 Email:  cpietrucha@pietruchalaw.com

               */s/  Allison K. Wright*
               Allison K. Wright