AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Central District of Illinois

Mark L White  
*Plaintiff*  
v.  
HY-VEE, Inc., Jerad Welter  
*Defendant*

Civil Action No. 4:20-cv-4246

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  James E. Shadid  on a motion for  Summary Judgment. Judgment is entered in favor of Defendants HY-VEE, Inc. and Jerad Welter and against Plaintiff Mark L. White, and the case is terminated.

Date: 07/11/2024

*CLERK OF COURT*

s/ Shig Yasunaga

*Signature of Clerk or Deputy Clerk*